IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV189

| | |
|---|---|
| CHESTER A. YATES, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court upon remand from the Fourth Circuit directing this Court to consider the *pro se* Plaintiff's claims of harassment and intimidation and his allegations regarding theft of renewals and clients. These claims were not addressed in Defendant's Motion for Judgment on the Pleadings. The Court therefore directs the Defendant to file a supplemental brief addressing these claims no later than December 29, 2020. Plaintiff may file a Response within fourteen days thereafter, and Defendant may file a Reply within seven days after the filing of the Response.

IT IS SO ORDERED.

Signed: December 15, 2020

Graham C. Mullen
United States District Judge