IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV189

| | |
|---|---|
| CHESTER A. YATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon remand from the Fourth Circuit directing this Court to consider the *pro se* Plaintiff's claims of harassment and intimidation and his allegations regarding theft of renewals and clients. The Court directed the Defendant to file a supplemental brief addressing these claims and directed the Plaintiff to file a response fourteen days thereafter. (Doc. No. 18). Defendant filed its supplemental brief on December 23, 2020. Plaintiff has failed to submit a response. The Court has reviewed the supplemental brief of the Defendant and finds it persuasive. Accordingly, for the reasons stated in Defendant's Supplemental Memorandum in Support of Defendant's Motion for Judgment on the Pleadings (Doc. No. 19), the Court GRANTS Defendant's motion as to Plaintiff's claims for "harassment and intimidation" and "theft of renewals and clients."

IT IS THEREFORE ORDERED that Defendant's Motion for Judgment on the Pleadings is hereby GRANTED.

Signed: February 2, 2021

Graham C. Mullen
United States District Judge